No. 11–5797. WILLIAMS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–5800. SLOVINEC *v.* MEISBURG. C. A. D. C. Cir. Certiorari denied.

No. 11–5801. ANDERSON *v.* FIZER ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–5802. SOLIS-CACERES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–5805. WILLIAMS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–5807. DRZYMALA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–5808. LOPEZ-MONDRAGON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–5809. EVANS *v.* WETZEL, SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–5812. ROMERO-ACOSTA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–5813. SAIGNAPHONE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 11–5821. PAYTON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–5822. PETTIWAY *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–5824. POWELL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–5825. MEEKS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–5827. STITTIAMS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–5830. STEVENS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.